IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY MCCRIEF, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  3:05-CV-801-N/AH |
| | § | |
| CITIGROUP INC., CITICORP CREDIT | § | |
| SERVICES INC. (USA), and CITIGROUP | § | |
| GLOBAL CONSUMER GROUP, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Larry McCrief and Defendants CitiCorp Credit Services Inc. (USA) ("the Company"), incorrectly identified by Plaintiff as "Citigroup Global Consumer Group," and Citigroup, Inc. (collectively "Defendants"), hereby stipulate to the dismissal of this case with prejudice and ask the Court for an order dismissing this case with prejudice with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**FERGUSON COLES, P.C.**

s/ Jana M. Ferguson
Jana M. Ferguson
Texas Bar No. 24002081
100 Highland Park Village, #200
Dallas, Texas  75205
Telephone:  214-507-8152
Facsimile:  214-853-4705
**ATTORNEYS FOR PLAINTIFF**

STIPULATION OF DISMISSAL WITH PREJUDICE– PAGE 1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


s/Denise Cotter Villani
Denise Cotter Villani
Texas Bar No. 20581828
Alicia Sienne Voltmer
State Bar No. 00797605
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)

**ATTORNEYS FOR DEFENDANTS**